UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHANE HYATT,

                     Plaintiff,                        25-CV-04585 (DEH) (VF)

     -against-                          **ORDER**

THE CITY OF NEW YORK, et al.,

                     Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendants filed an answer to Plaintiff's Complaint on September 22, 2025. See ECF No. 19. The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, October 24, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Friday, October 24, 2025**.

      SO ORDERED.

DATED:    New York, New York
               September 23, 2025

                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge