**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SHANE HYATT,

                            Plaintiff,                              **25-CV-4585 (DEH) (VF)**

          -against-                                        **ORDER**

CITY OF NEW YORK, et al.,

                           Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

       Plaintiff, proceeding pro se and in forma pauperis, filed a request for pro bono counsel to assist with discovery. ECF Nos. 29, 30. A conference to discuss this matter was scheduled for April 27, 2026, but Plaintiff did not appear. The conference is hereby rescheduled to **Thursday, June 11, 2026 at 10 a.m.** The parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code **[147 167 041#]**.

       Because Plaintiff is currently incarcerated and proceeding pro se, it is **ORDERED** that the New York Department of Correction, the Warden of the Wende Correctional Facility, and/or any other official or agency with the authority to do so, make **SHANE HYATT** (DIN No. 24B2693) available via Microsoft Teams on **Thursday, June 11, 2026, beginning at 10 a.m.**, until the completion of the proceeding, as his appearance is required by the Court on said date for a conference.

       Defendants are directed to provide a copy of this order to the Wende Correctional Facility to ensure Plaintiff's appearance on the call.

       The Clerk of the Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

**SO ORDERED.**

DATED:     April 27, 2026
             New York, New York

                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge