**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SHANE HYATT,

                         Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------------X

                         **25-CV-4585 (DEH) (VF)**

                         **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

As discussed at the conference held today, July 1, 2026, Defendant is to provide a list of the redactions in the discovery produced to Plaintiff and authority to support those redactions by **July 10, 2026**.

The fact discovery deadline is hereby extended to **August 31, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff and close the motion at ECF No. 30.

      **SO ORDERED.**

DATED:    July 1, 2026
          New York, New York

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge