**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SHANE HYATT,

                          Plaintiff,                                **25-CV-4585 (DEH) (VF)**

          -against-                                         **ORDER**

CITY OF NEW YORK, et al.,

                         Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

As discussed at the conference held today, July 1, 2026, Plaintiff stated he has been unable to review video footage that has been produced to him in discovery. Christopher Yehl, the Warden of the Wende Correctional Facility, and/or any other official or agency with the authority to do so, shall allow **SHANE HYATT** (DIN No. 24B2693) to view the camera footage produced to Plaintiff in this action at Bates numbers D00001-D00012 and D010531 by **August 31, 2026**.

Defendant is directed to serve a copy of this order on Christopher Yehl, the Warden of the Wende Correctional Facility. The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

       **SO ORDERED.**

DATED:     July 1, 2026
              New York, New York

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge